NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIND TOWER TRADE COALITION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**CS WIND CHINA CO., LTD., CS WIND CORPORATION,**
AND **TITAN WIND ENERGY (SUZHOU) CO., LTD.,**
*Defendants-Appellees,*

AND

**CHENGXI SHIPYARD CO., LTD.,**
*Defendant-Appellee,*

AND

**SIEMENS ENERGY, INC.,**
*Defendant-Appellee.*

---

2013-1303

---

Appeal from the United States Court of International Trade in case Nos. 13-CV-0080, 13-CV-0081, and 13-CV-0082, Judge Leo M. Gordon.

----

## ON MOTION

----

Before LOURIE, *Circuit Judge.*

## O R D E R

Wind Tower Trade Coalition submits a motion for a stay, pending appeal, of the portion of the March 29, 2013 order of the United States Court of International Trade dissolving the temporary restraining orders issued by that court on March 4, 2013.  Appellees have indicated they will oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The United States Department of Commerce and United States Customs and Border Protection are temporarily enjoined from taking any action inconsistent with the temporary restraining orders as issued by the Court of International Trade on March 4, 2013, pending this court's receipt of the responses to this motion and our consideration of the papers submitted.

(2) Appellees are directed to respond to this motion by April 25, 2013.

WIND TOWER TRADE V. US                                            3

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s23